UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARNOLDO PRICILIO CHALU QUINTEROS,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

No. 1:26-cv-01979-DAD-CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT

(Doc. No. 14)

Petitioner Arnoldo Pricilio Chalu Quinteros is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed as moot. (Doc. No. 14.) Specifically, the magistrate judge found that in terms of relief petitioner only requested release from detention, and that the government had released petitioner after the undersigned ordered that the petitioner be provided a bond hearing or else be released. (*Id.* at 1–2.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) To date, no party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on June 25, 2026 (Doc. No. 14) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED as having been rendered moot by respondents' release of petitioner; and
3. The Clerk of the Court is also directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **July 20, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE